THIS OPINION HAS
 NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Supreme Court

 
 
 
 The State, Petitioner,
 v.
 Henry Poplin, Respondent.
 
 
 

ON WRIT OF CERTIORARI TO THE COURT OF
 APPEALS

Appeal From Richland County
 G. Thomas Cooper, Jr., Circuit Court
 Judge
Memorandum Opinion No.  2008-MO-030
Heard May 28, 2008  Filed July 7, 2008  
DISMISSED AS IMPROVIDENTLY GRANTED

 
 
 
 Attorney
 General Henry Dargan McMaster, Chief Deputy Attorney General John W. McIntosh, Assistant
 Deputy Attorney General Salley W. Elliott, Assistant Attorney General David A.
 Spencer, and Warren Blair Giese, all of Columbia, for Petitioner.
 Deputy
 Chief Appellate Defender for Capital Appeals Robert M. Dudek, of South Carolina Commission on Indigent Defense, Division of Appellate Defense, of Columbia, for Respondent.
 
 
 

PER CURIAM:  After full review of the Appendix and
 briefs, the writ of certiorari is 
DISMISSED AS
 IMPROVIDENTLY GRANTED

TOAL, C.J., MOORE, PLEICONES, BEATTY, JJ., and Acting Justice James W. Johnson, Jr., concur.